| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2012 | FOR CALENDAR YEAR 2011 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gruender, Raymond W. | Eighth Circuit Court of Appeals | 03/27/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

111 South Tenth Street
Suite 23.365
St. Louis, MO 63102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisor | W.R. Persons Charitable Trust (advise on charities to receive funding; no control over investment assets) |
| 2. Board of Directors | Variety Club of St. Louis (no control over investment assets) |
| 3. National Council | Washington University School of Law (no control over investment assets) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gruender, Raymond W. | 03/27/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-employed benefits consultant |
| 2. 2011 | Buck Consultants -- Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine Law School | March 3-6, 2011 | Malibu, CA | Moot Court | Transportation, food, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gruender, Raymond W. | 03/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Mark Vittert | Golf fees at American Club | $960.00 |
| 2. | Mark and Carol Vittert | Three nights lodging, food, and use of car in St. Emilion, France | $1,500.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gruender, Raymond W. | 03/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. UMB Bank (checking accounts) | A | Interest | L | T | | | | | |
| 2. Bank of America common stock | A | Dividend | J | T | | | | | |
| 3. Citigroup common stock | A | Dividend | J | T | | | | | |
| 4. Exxon Mobil common stock | A | Dividend | J | T | | | | | |
| 5. General Electric common stock | A | Dividend | J | T | | | | | |
| 6. Goldman Sachs common stock | A | Dividend | K | T | | | | | |
| 7. Macy's Inc. common stock | A | Dividend | J | T | | | | | |
| 8. Microsoft common stock | A | Dividend | J | T | | | | | |
| 9. Newscorp LTD common stock | A | Dividend | J | T | | | | | |
| 10. Oracle common stock | A | Dividend | J | T | | | | | |
| 11. Proctor & Gamble common stock | A | Dividend | J | T | | | | | |
| 12. UnitedHealth Group common stock | A | Dividend | J | T | | | | | |
| 13. Vertex Pharmaceuticals common stock | | None | J | T | | | | | |
| 14. Scottrade money market--US Bank, NA | A | Interest | K | T | | | | | |
| 15. IRA -- Scottrade | A | Dividend | M | T | | | | | |
| 16. --Invesco Van Kampen Am Fr Fd (f/k/a Invesco Lg Cp Gr Fd) | | | | | | | | | |
| 17. --Invesco Technology Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gruender, Raymond W. | 03/27/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --AIM Small Cap Growth Fund | | | | | | | | | |
| 19. --Fidelity Advisor Growth Opportunities | | | | | | | | | |
| 20. --GAMCO Global Growth Fund | | | | | | | | | |
| 21. --Gabelli Value Fund | | | | | | | | | |
| 22. --Janus Enterprise Fund | | | | | | | | | |
| 23. --Janus Research Fund | | | | | | | | | |
| 24. --MFS Growth Fund | | | | | | | | | |
| 25. --MFS Massachusetts Investors Growth Stock Fund | | | | | | | | | |
| 26. --Putnam International Equity Fund | | | | | | | | | |
| 27. --Putnam Multi-Cap Growth Fund | | | | | | | | | |
| 28. --T. Rowe Price Blue Chip Growth Fund | | | | | | | | | |
| 29. --T. Rowe Price Science and Technology Fund | | | | | | | | | |
| 30. --American Funds; Small Cap World Fund | | | | | | | | | |
| 31. --Scottrade Money Market -- U.S. Bank | | | | | | | | | |
| 32. Towers Watson (f/k/a Towers-Perrin) Savings Plan | | None | M | T | | | | | |
| 33. --Mix D, indep managed | | | | | Sold | 12/31/11 | M | F | |
| 34. Aon Savings Plan | A | Dividend | M | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less  B = $1,001 - $2,500  C = $2,501 - $5,000  D = $5,001 - $15,000  E = $15,001 - $50,000
   F = $50,001 - $100,000  G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less  K = $15,001 - $50,000  L = $50,001 - $100,000  M = $100,001 - $250,000
   N = $250,001 - $500,000  O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000  P4 = More than $50,000,000
3. Value Method Codes: (See Column C2)
   Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
   U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gruender, Raymond W. | 03/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --U.S. Large Co. Value (a/k/a Dodge & Cox Stock Fund) | | | | | | | | | |
| 36. --Wellington Sm. Cap Portfolio | | | | | Sold | 02/28/11 | K | B | |
| 37. --Aon Common Stock | | | | | | | | | |
| 38. --U.S. All Co Grwth (a/k/a Vanguard Capital Opp) | | | | | | | | | |
| 39. --Foreign All Co (a/k/a American Funds - EuroPacific Grth) | | | | | | | | | |
| 40. --Vanguard S&P 500 Index (f/k/a SSgA S&P 500 Index Strategy) | | | | | Buy | 02/28/11 | L | | |
| 41. --NDR Asset Allocation Strategy | | | | | Sold | 02/28/11 | L | E | |
| 42. --U.S. Mid/Small Co Index (a/k/a Vanguard Extended Mkt Fd) | | | | | Buy | 02/28/11 | K | | |
| 43. --Diversified Bond (a/k/a PIMCO Total Return Fund) | | | | | Buy | 02/28/11 | K | | |
| 44. --Money Market | | | | | Buy | 06/01/11 | J | | |
| 45. Irrevocable Trust u/a 11/17/03 | A | Dividend | N | T | | | | | |
| 46. --Vanguard Tax Exempt Money Market | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gruender, Raymond W. | 03/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gruender, Raymond W. | 03/27/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raymond W. Gruender**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544